District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YIJIN MO RATKOWSKI, *et al.*, | No. 2:23-cv-1536-JLR |
| Plaintiffs, | STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER |
| v. | |
| ALEJANDRO N. MAYORKAS, *et al.*, | Noted for Consideration on: December 21, 2023 |
| Defendants. | |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until March 16, 2024. Plaintiffs bring this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling U.S. Citizenship and Immigration Services ("USCIS") to complete processing of their Form I-130, Petition for Alien Relative. However, there is good cause to continue to hold this case in abeyance.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.

2  P. 1.

3          With additional time, this case may be resolved, or the issues narrowed.   USCIS has issued

4  a Notice of Intent to Deny ("NOID") Plaintiff's Form I-130.  Plaintiff has until March 16, 2024,

5  to respond to the NOID.  USCIS anticipates that it will need 60 days from receipt of the NOID

6  response for further review and processing.  As it is likely that Plaintiff will respond to the NOID

7  prior to the deadline, the parties cannot presently calculate when this 60-day period will

8  commence.  The parties request that this case be stayed until March 16, 2024.  At that time, the

9  parties will submit a status report concerning when the NOID has been responded to and, if the

10 60-day period has not ended, the time needed for USCIS to finishing processing Plaintiff's Form

11 I-130.

12         Accordingly, the parties request this Court continue to hold the case in abeyance until March

13 16, 2024.   The parties will submit a joint status report on or before March 16, 2024.

14 Dated: December 21, 2023

                                        Respectfully submitted,

15

16                                      TESSA M. GORMAN
                                        United States Attorney

17                                       s/Michelle R. Lambert
                                        MICHELLE R. LAMBERT, NYS #4666657
18                                      Assistant United States Attorney
                                        United States Attorney's Office
19                                      1201 Pacific Avenue, Suite 700
                                        Tacoma, Washington 98402
20                                      Phone:  253-428-3824
                                        Email:  michelle.lambert@usdoj.gov
21                                      *Attorneys for Defendants*

22                                      *I certify that this memorandum contains 315 words,*
                                        *in compliance with the Local Civil Rules.*

23

24

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

*s/ Gregory McLaweon*
GREGORY HORTMAN MCLAWSEN
WSBA #41870
Sound Immigration
113 Cherry Street, ECM #45921
Seattle, Washington 98104
Phone: 855-809-5115
Email:  greg@soundimmigration.com

*s/ Nico Ratkowski*
NICO RATKOWSKI*
Ratkowski Law PLLC
332 Minnesota Street, Suite W1610
Saint Paul, Minnesota 55101
Phone: 651-755-5150
Email:  nico@ratkowskilaw.com
*PHV
*Attorneys for Plaintiffs*

UNOPPOSED MOTION TO DISMISS
2:23-cv-1536-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

## [PROPOSED] ORDER

2    The case is held in abeyance until March 16, 2024.  The parties shall submit a joint status

3    report on or before March 16, 2024.  It is so **ORDERED**.

4

5    DATED this _21st_ day of __December__, 2023.

6

7    _____

JAMES L. ROBART

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2:23-cv-1536-JLR - 4