District Judge James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YIJIN MO RATKOWSKI, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO N. MAYORKAS, *et al.*,<br><br>Defendants. | No. 2:23-cv-1536-JLR<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration on:<br>March 13, 2024 |

Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to continue to stay these proceedings until April 22, 2024. Plaintiffs bring this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling U.S. Citizenship and Immigration Services ("USCIS") to complete processing of their Form I-130, Petition for Alien Relative. This case is currently stayed through March 16, 2024. Dkt. No. 12. There is good cause to continue to hold this case in abeyance.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

STIPULATED MOTION TO DISMISS
2:23-cv-1536-JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved, or the issues narrowed. On March 13, 2024, Plaintiff sent a response to the Notice of Intent to Deny ("NOID") concerning the Form I-130. Once received, USCIS requires at least 30 days to review the response and take further action. To provide time for this to occur, the parties request that this case continue to be stayed until April 22, 2024.

Accordingly, the parties request this Court continue to hold the case in abeyance until April 22, 2024. The parties will submit a joint status report on or before April 22, 2024.

Dated: March 13, 2024

                Respectfully submitted,

                TESSA M. GORMAN
                United States Attorney

                *s/Michelle R. Lambert*
                MICHELLE R. LAMBERT, NYS #4666657
                Assistant United States Attorney
                United States Attorney's Office
                1201 Pacific Avenue, Suite 700
                Tacoma, Washington 98402
                Phone:  253-428-3824
                Email:  michelle.lambert@usdoj.gov
                *Attorneys for Defendants*

                *I certify that this memorandum contains 267 words, in compliance with the Local Civil Rules.*

                *s/ Gregory McLaweon*
                GREGORY HORTMAN MCLAWSEN
                WSBA #41870
                Sound Immigration
                113 Cherry Street, ECM #45921
                Seattle, Washington 98104

STIPULATED MOTION TO DISMISS
2:23-cv-1536-JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Phone: 855-809-5115
Email: greg@soundimmigration.com

*s/ Nico Ratkowski*
NICO RATKOWSKI*
Ratkowski Law PLLC
332 Minnesota Street, Suite W1610
Saint Paul, Minnesota 55101
Phone: 651-755-5150
Email: nico@ratkowskilaw.com
*PHV
*Attorneys for Plaintiffs*

STIPULATED MOTION TO DISMISS
2:23-cv-1536-JLR - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# [PROPOSED] ORDER

The case is held in abeyance until April 22, 2024.  The parties shall submit a joint status report on or before April 22, 2024.  It is so **ORDERED**.

DATED this  14th  day of  March , 2024.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION TO DISMISS
2:23-cv-1536-JLR - 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970