District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YIJIN MO RATKOWSKI, *et al.*,<br><br>                                 Plaintiffs,<br><br>        v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>                                 Defendants. | Case No. 2:23-cv-01536-JLR<br><br>STIPULATED MOTION TO DISMISS<br>AND ~~[PROPOSED]~~ ORDER<br><br>Noted for Consideration:<br>May 22, 2024 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs.  Plaintiffs brought this case pursuant to the Administrative Procedure Act and Mandamus Act seeking an order compelling U.S. Citizenship and Immigration Services ("USCIS") to complete processing of their Form I-130, Petition for Alien Relative.  USCIS adjudicated the petition today and the case is now moot.

//

//

//

//

STIPULATED MOTION TO DISMISS
[Case No. 2:23-cv-01536-JLR] - 1

1    DATED this 22nd day of May, 2024.

2  Respectfully submitted,

3  TESSA M. GORMAN                          SOUND IMMIGRATION
   United States Attorney

4
   *s/ Michelle R. Lambert*                 *s/ Gregory McLawsen*
5  MICHELLE R. LAMBERT, NYS #4666657        GREGORY HORTMAN MCLAWSEN,
   Assistant United States Attorney         WSBA No. 41870
6  United States Attorney's Office          113 Cherry Street, ECM #45921
   Western District of Washington           Seattle, Washington 98104
7  1201 Pacific Avenue, Suite 700           Phone: (855) 809-5115
   Tacoma, Washington 98402                 Email:  greg@soundimmigration.com
8  Phone: (253) 428-3824
   Fax:    (253) 428-3826
9  Email:  michelle.lambert@usdoj.gov

10 *Attorneys for Defendants*               RATKOWSKI LAW PLLC

11 ***I certify that this memorandum contains 72***   *s/ Nico Ratkowski*
   ***words, in compliance with the Local Civil***    NICO RATKOWSKI*, MN No. 0400413
12 ***Rules.***                             332 Minnesota Street, Suite W1610
                                            Saint Paul, Minnesota 55101
13                                          Phone: (651) 755-5150
                                            Email:  nico@ratkowskilaw.com
14                                          *PHV

15                                          *Attorneys for Plaintiffs*

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS                               UNITED STATES ATTORNEY
[Case No. 2:23-cv-01536-JLR] - 2                          1201 PACIFIC AVE., STE. 700
                                                            TACOMA, WA 98402
                                                              (253) 428-3800

1

~~[PROPOSED]~~ **ORDER**

2       It is so **ORDERED**.  The case is dismissed without prejudice, with each party to bear

3    their own costs.

4

5       DATED this __23rd__ day of _____May_____, 2024.

6

7    _____

     JAMES L. ROBART

8    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

STIPULATED MOTION TO DISMISS

[Case No. 2:23-cv-01536-JLR] - 3

UNITED STATES ATTORNEY

1201 PACIFIC AVE., STE. 700

TACOMA, WA 98402

(253) 428-3800